UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



REGINA LEWIS,

                Plaintiff,

v.

MILES D. WHITE, CEO for Abbot Laboratories, JANET VERGIS, President for Ortho-McNeil Janssen, KIMBERLY PARK, Vice President for Ortho-McNeil Janssen, WILLIAM C. WELDON, Chairman & Chief Executive Officer for Johnson & Johnson, ABBOTT LABORATORIES, ORTHO-MCNEIL JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON PHARMACEUTICAL,

                Defendants.

08 Civ. 7480 (RO)

## ORDER

OWEN, District Judge:

    *Pro se* Plaintiff brought this action against remaining defendants Janet Vergis, President for Ortho-McNeil Janssen; Kimberly Park; Vice President for Ortho-McNeil Janssen; William C. Weldon, Chairman and Chief Executive Officer for Johnson & Johnson; Ortho-McNeil Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Pharmaceutical. Plaintiff's complaint, construed broadly, contains assertions under New York product liability laws. Before the Court is Defendants' motion for a judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure.

On July 1, 2010, Magistrate Judge George Yanthis issued a Report and Recommendation in which he recommended that judgment for defendants be granted. This case was transferred to this Court on August 2, 2010. On September 9, 2010, this Court granted Plaintiff an extension of time to file written objections to the Report. Plaintiff has not filed objections to the Report.

United States Magistrate Judges hear dispositive motions and make proposed findings of fact and recommendations, generally in the form of a Report and Recommendation. District courts review those orders under a clearly erroneous or contrary to law standard of review. 28 U.S.C. § 636(b)(1)(A). In the event that a party files objections to the magistrate judge's recommendations, district courts conduct a *de novo* review of those matters to which a party filed an objection. *Id.* § 636(b)(1)(B), (C). *First Union Mortgage Corp., v. Smith*, 229 F.3d 992, 995 (10th Cir. 2000). Where no timely objection has been made by either party, a district court need only find that "there is no clear error on the face of the record" in order to accept the Report and Recommendation. *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985) (citations omitted).

This Court has reviewed the Report and Recommendation of Magistrate Judge Yanthis and finds that it is well-reasoned and supported by law. Accordingly, this Court adopts it in its entirety. Defendants' motion for judgment on the pleadings is hereby GRANTED.

SO ORDERED.

April 7, 2011

_____
RICHARD OWEN
UNITED STATES DISTRICT JUDGE

2